## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**INTERNATIONAL BROTHERHOOD OF**                                    **PLAINTIFFS**
**ELECTRICAL WORKERS, LOCAL 480, et al**

**v.**                                                                             **CIVIL ACTION NO. 3:16-cv-45-DPJ-FKB**

**MULTI-CON, INC., d/b/a**
**MULTI-CON-ELECTRIC COMPANY, INC.,**
**JOE COLLINS, PRESIDENT/DIRECTOR,**
**JESSICA MCINTYRE, VICE PRESIDENT**                      **DEFENDANTS**

### REPORT AND RECOMMENDATION

This case is before the undersigned for a Report and Recommendation on Plaintiffs' Motion to Enforce Settlement Agreement and Enroll Final Judgment [28]. The undersigned finds as follows.

Plaintiffs filed their Complaint on January 27, 2016. [1]. The undersigned held a settlement conference on February 27, 2017, and the parties entered into a settlement agreement on or about May 25, 2017. [32]. The agreement, subject to a confidentiality provision, required Defendants to pay Plaintiffs a certain sum of money in monthly installments beginning April 30, 2017, and ending March 30, 2019. *Id.* at 4. In the event the Defendants failed to make the required payments, the settlement agreement gave Plaintiffs the right to petition the Court to enroll a prepared judgment against Defendants. *Id.* at 6-7. The judgment would include the total of Defendants' remaining balance and Plaintiffs' anticipated attorneys' fees related to the petition. *Id.* at 7.

The time for Defendants to complete their agreed-upon payments to Plaintiffs has come and gone. According to Plaintiffs, Defendants have failed to make payments totaling $36,773.03. Defendants do not dispute this amount, contending that they have run into financial difficulty and are unable to make payments by the required deadlines. [34-1]. Plaintiffs also request anticipated

attorney's fees in the amount of $750.00. Defendants do not dispute that the Settlement Agreement gives the Plaintiffs the right to request such fees. [34] at 2.

The undersigned has reviewed the Settlement Agreement and finds that it provides for the relief Plaintiffs request. [32] at 6-7. Accordingly, the undersigned finds that per the terms of the settlement agreement, Plaintiffs' requests for the Court to enroll a final judgment in the amount of $36,773.03 is proper. Additionally, the undersigned finds that Plaintiffs' request for $750.00 in attorney's fees related to the drafting and filing of this motion is consistent with the settlement agreement's terms. However, Defendants have the right to challenge the amount of those attorney's fees.

Therefore, the undersigned recommends that the Court enroll final judgment to include both Defendants' defaulted payments of $36,773.03 and attorney's fees of $750.00. If Defendants wish to challenge Plaintiff's attorney's fees calculation, the undersigned will hold a hearing to determine the amount of fees to be awarded. The undersigned sets a deadline of July 22, 2019, for Defendants to file written notice that they wish to challenge the award of $750.00 in attorney's fees. Defendants are advised, however, that should the undersigned hold a hearing on the attorney's fees to be awarded, such a hearing will not address the underlying default of $36,773.03. Instead, the hearing will cover only Plaintiff's counsel's time spent drafting the motion at issue. If instead Defendants wish to challenge any other aspect of this Report and Recommendation, they must do so through the usual process of filing a written objection.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this Report and Recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions

accepted by the district court. 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 9th day of July, 2019.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE