UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 480, ET AL. | PLAINTIFFS |
| V. | CIVIL ACTION NO. 3:16-CV-45-DPJ-FKB |
| MULTI-CON, INC., D/B/A MULTI-CON-ELECTRIC COMPANY, INC.; JOE COLLINS, PRESIDENT/DIRECTOR; JESSICA MCINTYRE, VICE PRESIDENT | DEFENDANTS |

ORDER

On February 21, 2019, Plaintiffs filed a motion to enforce the settlement agreement and enroll final judgment in this closed case. Mot. [28]. On July 9, 2019, United States Magistrate Judge F. Keith Ball entered a Report and Recommendation [36], in which he recommended the Court grant Plaintiffs' motion and "enroll final judgment to include both Defendants' defaulted payments of $36,773.03 and attorney's fees of $750.00." R. & R. [36] at 2. No party filed written objections to the Report and Recommendation, and the time to do so has now expired.

The Court, having reviewed the unopposed Report and Recommendation, agrees with Judge Ball; the Report and Recommendation is adopted as the opinion of the Court. Plaintiffs' motion is granted, and a final judgment in their favor, including the defaulted payments and attorney's fees, will be entered.

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE